STEPHEN D. BARNES et al., as Administrators, etc., Respondents, *v.* ANN L. MACDONALD, Appellant.

(Argued April 18, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee. ·

*Samuel C. Mount* for appellant.

*Albert B. Boardman* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

VICTOR RIDER et al., Respondents, *v.* ROBERT FOGGAN, Appellant.

(Argued April 18, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 16, 1891, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*Adelbert Moot* for appellant.

*Arthur R. Moore* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.